STATE OF LOUISIANA

VERSUS

ROBERT CELESTINE

NO. 24-KH-467

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 15, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** ROBERT CELESTINE

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 18-2962

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Marc E. Johnson

**WRIT DENIED**

Relator, Robert Celestine, seeks review of the trial court's August 27, 2024 denial of his motion to correct an illegal sentence.  In his motion, Relator challenged the validity of his habitual offender sentence for his obstruction of justice conviction, arguing that La. R.S. 15:529.1 only applies to convictions for violent offenses.  Thus, he claims that the trial court had no authority to accept his guilty plea under the habitual offender statute.  In its denial of Relator's motion, the trial court found no illegality in Relator's sentences because the terms of the sentences imposed are within the statutory parameters.

La. C.Cr.P. art. 882(A) states, "An illegal sentence may be corrected at any time by the court that imposed the sentence or by an appellate court on review."  Although La. C.Cr.P. art. 882(A) states that an illegal sentence may be correct at any time, a defendant must point to an illegal term in his sentence to raise a claim

cognizable in a motion to correct an illegal sentence.  *State v. Parker*, 98-256 (La. 5/8/98), 711 So.2d 694, 695.

After review, we agree with the trial court and do not find an error in the denial of Relator's motion.  Despite Relator's captioning of his application as a motion to correct an illegal sentence, his filing failed to point to a claimed *illegal term* in his habitual offender sentence; rather, the filing challenged the validity of his habitual offender sentence.

Accordingly, the writ application is denied.

Gretna, Louisiana, this 15th day of November, 2024.

**MEJ**
**SMC**
**FHW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/15/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-467**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Robert Celestine #577553 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327